

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-11-00294-CR

RANDY LEE HOLDER                                                APPELLANT

V.

THE STATE OF TEXAS                                                   STATE

------------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL: DAUPHINOT, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 5, 2012